No. 97–6325.   FREDERICK v. WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 97–27.   COMMONWEALTH SECRETARY OF VIRGINIA v. MISERANDINO ET UX.   Ct. App. Md.   Motions of Virginia Creditors Bar Association and Virginia Credit Union League for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 97–337.   GENENTECH, INC. v. NOVO NORDISK A/S ET AL.   C. A. Fed. Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–369.   COALITION FOR ECONOMIC EQUITY ET AL. v. WILSON, GOVERNOR OF CALIFORNIA, ET AL.   C. A. 9th Cir.   Motions of California National Organization for Women et al. and Human Rights Advocates for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–376.   WARREN PUBLISHING, INC. v. MICRODOS DATA CORP. ET AL.   C. A. 11th Cir.   Motions of Information Industry Association and Newsletter Publishers Association et al. for leave to file briefs as *amici curiae* granted.   Certiorari denied.

NOVEMBER 4, 1997

No. 97–6127 (A–329).   FULLER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.